JS-6

ANDREW J. WAXLER (SBN 113682)
SCOTT K. MURCH (SBN 174537)
KAUFMAN DOLOWICH VOLUCK LLP
11755 Wilshire Blvd., Suite 2400
Los Angeles, California 90025
Telephone: (310) 775-6511
Facsimile: (310) 575-9720
Email: awaxler@kdvlaw.com
Email: smurch@kdvlaw.com

Attorneys for Defendant
LIBERTY INSURANCE
UNDERWRITERS INC., erroneously sued
and served as LIBERTY MUTUAL
UNDERWRITERS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUN FAT SUPERMARKET, INC., SF SUPERMARKET, INC.; GARDEN GROVE SUPERSTORE, INC.; EL MONTE SUPERSTORE INC.; TRAN'S GROUP, INC.; dba SAN GABRIEL SUPERSTORE, SAN PABLO SUPERMARKET, INC.; WESTMINSTER SUPERSTORE, LLC; HIEU TAI TRAN; and HUY TRIEU, <br><br>Plaintiffs, <br><br>vs. <br><br>LIBERTY MUTUAL UNDERWRITERS, INC., and DOES 1-100, Inclusive, <br><br>Defendants. | Case No. CV 16-4828-GW(JPRx) <br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation between Plaintiffs Shun Fat Supermarket, Inc., SF Supermarket, Inc., Garden Grove Supermarket, Inc., El Monte Superstore, Inc., Tran's Group, Inc. dba San Gabriel Superstore, San Pablo Supermarket, Inc., Westminster Superstore, LLC, Hieu Tai Tran, and Huy Trieu and Defendant Liberty Insurance Underwriters Inc., erroneously sued and served as Liberty Mutual

1 | Underwriters, Inc., the Court orders that this action is dismissed with prejudice with
2 | each party to bear its/his own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: December 22, 2016

                                    HON. GEORGE H. WU
                                    U.S. DISTRICT JUDGE

4844-2544-4414, v. 1